**United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, D.C. 20001**

Nancy Mayer-Whittington
Clerk

July 07, 2004

Clerk's Office
United Stated District Court
for Massachusetts
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

04 11562 JLT

RE: 03-cv-1798     OWENS v. ELI LILLY, et al.

Dear Clerk:

On December 18, 2003, this Court signed an order transferring the above-entitled case to your Court. Enclosed is a copy of that order together with certified copies of our electronic case file, and a certified copy of the docket entries.

Please acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Jackie Francis, Deputy Clerk
(202) 354-3174

**JURY, TYPE-B, CLOSED, TRANSFERRED**

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:03-cv-01798-EGS
Internal Use Only

OWENS v. ELI LILLY AND COMPANY
Assigned to: Judge Emmet G. Sullivan
Referred to:
Demand: $2000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/27/03
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**THERESA M. OWENS**   represented by   **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax : (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**ELI LILLY AND COMPANY**   represented by   **Lawrence Hedrick Martin**
FOLEY HOAG LLP
1875 K Street, NW
Suite 800
Washington, DC 20006
(202) 223-1200
Fax : (202) 785-6687
Email: lmartin@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By: _____
Deputy Clerk

| Filing Date | # | Docket Text |
|---|---|---|
| 08/27/2003 | 1 | NOTICE OF REMOVAL from DC Superior Court, case number 03-0006684. ( Filing fee $ 150 ) (Attachments: # 1 Exhibit A)(mpt, ) (Entered: 08/29/2003) |
| 08/27/2003 | 2 | LCvR 26.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by defendant. (mpt, ) (Entered: 08/29/2003) |
| 08/27/2003 | 3 | ANSWER to (Complaint from DC Superior Court) with Jury by ELI LILLY AND COMPANY.(mpt, ) (Entered: 08/29/2003) |
| 08/30/2003 | 4 | ORDER Initial Conference set for 10/1/2003 10:00 AM in Courtroom 1 before Emmet G. Sullivan. setting forth further instruction to counsel. Signed by Judge Emmet G. Sullivan on August 30, 2003. (zvottelerc, ) (Entered: 08/30/2003) |
| 09/02/2003 | 5 | NOTICE of Appearance by Aaron M. Levine on behalf of THERESA M. OWENS (Levine, Aaron) (Entered: 09/02/2003) |
| 09/15/2003 | 9 | Original case jacket received from Superior Court for the District of Columbia case number 03ca6684. (td, ) (Entered: 10/02/2003) |
| 09/24/2003 | 6 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order)(Martin, Lawrence) (Entered: 09/24/2003) |
| 09/29/2003 | 7 | ATTORNEY APPEARANCE. (Martin, Lawrence) (Entered: 09/29/2003) |
| 10/01/2003 |  | Minute Entry for proceedings held before Judge Emmet G. Sullivan: Status Conference held on 10/1/2003. Case referred to Magistrate Judge Kay for a settlement conference. A further status hearing will be held 7/16/2004 at 10:00 a.m. (Court Reporter Frank Rangus) (jwd) Modified on 10/1/2003 (cdw, ). (Entered: 10/01/2003) |
| 10/01/2003 |  | Set Deadlines/Hearings: Status Conference set for 7/16/2004 10:00 AM before Emmet G. Sullivan. (jwd) (Entered: 10/01/2003) |
| 10/01/2003 |  | The date for the further status conference has been corrected on the docket. The further status conference in this case is set for 7/16/2004 at 10:00 a.m. (cdw) (Entered: 10/01/2003) |
| 10/01/2003 |  | CASE REFERRED to Magistrate Judge Alan Kay for settlement conference. (cp, ) (Entered: 10/01/2003) |
| 10/02/2003 | 8 | SCHEDULING ORDER. Signed by Judge Emmet G. Sullivan on |

| | | |
|---|---|---|
| | | October 2, 2003. (lcegs1) (Entered: 10/02/2003) |
| 10/02/2003 | 🔵 | Set/Reset Hearings: Status Conference set for 7/16/2004 10:00 AM in Courtroom 1 before Emmet G. Sullivan. (lcegs1) (Entered: 10/02/2003) |
| 10/06/2003 | 🔵10 | ORDER setting mediation for April 6, 2004, at 10:30 am, in room 1130 (chambers). Signed by Magistrate Judge Alan Kay on 10/06/03. (DM) (Entered: 10/06/2003) |
| 10/06/2003 | | Settlement Conference set for 4/6/2004 at 10:30 AM before Magistrate Judge Alan Kay in Chambers, room 1130. (kk, ) (Entered: 10/16/2003) |
| 12/09/2003 | 🔵11 | NOTICE of Change of Address by Lawrence Hedrick Martin (Martin, Lawrence) (Entered: 12/09/2003) |
| 12/12/2003 | 🔵12 | MOTION to Transfer Case by ELI LILLY AND COMPANY. (Attachments: # 1 # 2)(Martin, Lawrence) (Entered: 12/12/2003) |
| 12/18/2003 | 🔵 | MINUTE ORDER granting Defendant's Motion to Transfer Case 12. In light of the letter from plaintiffs' counsel stating that he would not be filing any papers in opposition to this Motion, the Court grants this Motion as unopposed and this case will be transferred to the District Court of Massachusetts. Signed by Judge Emmet G. Sullivan on December 18, 2003. (lcegs1) (Entered: 12/18/2003) |
| 12/18/2003 | | ***Civil Case Terminated. (clv, ) (Entered: 12/19/2003) |
| 12/18/2003 | | Case referral ended as to Magistrate Judge Kay. (kk) (Entered: 01/12/2004) |
| 07/07/2004 | 🔵 | Case transferrred out to the USDC for Massachusetts pursuant to Court's order filed on 12/18/03; sent to court electronically. (jf, ) (Entered: 07/07/2004) |