UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THERESA M. OWENS,

        Plaintiff,

v.

ELI LILLY AND COMPANY,

        Defendant.

Civil Action No. 03-01798(EGS)

Next Event:  Scheduling Conference,
October 1, 2003, 10:00 am

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance if Janis Brennan of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

        Respectfully submitted,

        FOLEY HOAG LLP

        /s/ Janis H. Brennan
        Lawrence H. Martin, D.C. Bar No. 476639
        Janis H. Brennan, D.C. Bar No. 412100
        FOLEY HOAG LLP
        Suite 1200
        1747 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        (202) 223-1200

        and

        James J. Dillon
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02110-2600
        (617) 832-1000

Dated: September 29, 2003

17/503191.1