## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                    )
THERESA M. OWENS,                   )
                                    )
            Plaintiff,              )
                                    )
        v.                          )   Civil Action No. 03-1798 (EGS)
                                    )
ELI LILLY AND COMPANY               )
OF COLUMBIA                         )
                                    )
            Defendant.              )
_____)

### ORDER

⎯⎯⎯⎯Pursuant to the Initial Scheduling Conference held in open court on October 1, 2003, it is by the Court hereby

**ORDERED** that all dates and deadlines proposed by parties in the Joint Rule 16.3 Report filed on September 30, 2003, with the exception of the date set for a Pre-Trial Conference are approved.  The Court will defer scheduling a Pre-Trial Conference at the present time.

**IT IS FURTHER ORDERED** that, in accordance with Local Civil Rule 72.3, and with the consent of both parties, the case is referred to Magistrate Judge Alan Kay for settlement purposes following the close of discovery; and it is

**FURTHER ORDERED** that a status hearing is scheduled in this case for **July 16, 2004 at 10:00 a.m. in Courtroom One.**

⎯⎯⎯⎯⎯
**SIGNED:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            October 2, 2003**

Notice to:

Aaron M. Levine, Esquire
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036


Lawrence Hedrick Martin, Esquire
FOLEY HOAG LLP
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006