# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THERESA M. OWENS

    vs.                                                        Case No.03-1798 EGS

ELI LILLY AND COMPANY

    Defendant(s).

## NOTICE REGARDING SUPERIOR COURT FILE

The original file, certified copy of transfer order, and docket sheet received from the Superior Court for the District of Columbia is in paper form only and is being maintained in the in the Clerk's office.  The Superior Court Case Number is **03CA6684**.  These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

                                                                               NANCY MAYER-WHITTINGTON, CLERK

Date:  9/15/03