UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA M. OWENS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | Civil Action No. 03-01798(EGS) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) and any Oppositions or Replies filed hereto, it is this _____ day of _____, 2003,

ORDERED that Defendants' Motion is hereby granted; and it is

FURTHER ORDERED that the case be transferred to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).

_____　　　　　　　　　　_____
DATE　　　　　　　　　　　　　　　　　　　　　　　　Judge Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge