UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THERESA M. OWENS,

        Plaintiff,

   v.                               CIVIL ACTION No. 04-11562 (JLT)

ELI LILLY AND COMPANY,

        Defendant.

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearances of James J. Dillon, John M. Granberry, and Ericka L. Harper of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

                                          Respectfully submitted,

                                          FOLEY HOAG LLP

                                          /s/ John M. Granberry
                                          James J. Dillon (BBO # 124660)
                                          John M. Granberry (BBO# 647046)
                                          Ericka L. Harper (BBO# 652511)
                                          FOLEY HOAG LLP
                                          155 Seaport Boulevard
                                          Boston, MA 02111-2600
                                          (617) 832-1000

Dated: August 6, 2004

FHBoston/1091267.1