UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THERESA OWENS
    Plaintiff,

v.                                                              CA. No. 1:04-cv-11562-JLT

ELI LILLY AND COMPANY
    Defendant

## ASSENTED TO MOTION TO ADMIT ATTORNEY PRO HAC VICE

COMES NOW the Plaintiff in the above entitled action and moves that this Honorable Court admit Attorney Aaron Levine into the case as counsel for the Plaintiff Pro Hac Vice.

The case sub judice is a complex product liability matter involving the product known as DES. Attorney Aaron Levine's practice specializes in the area of medical product liability and in particular cases concerning the product DES.

Local counsel Kenneth M. Levine is a member of the United States District Court for the District of Massachusetts and shall maintain an appearance for the Plaintiff as well.

Attached hereto and incorporated herein is an Affidavit of Attorney Aaron M. Levine.

The motion is assented to by Counsel for the Defendant.

Respectfully submitted this 19th day of November, 2004.

                                   The Plaintiff,
                                   By and through Counsel undersigned,

                                   _____
                                   Kenneth M. Levine, BBO# 296850
                                   Kenneth M. Levine & Associates
                                   370 Washington Street
                                   Brookline, MA 02446
                                   (617) 566-2700

DATED: 11/19/04

Assented to :

_____
James J. Dillon
Counsel for the Defendant

## Certificate of Service

I, Kenneth M. Levine, do state that on this 19th day of November, 2004, I did serve a copy of the above motion upon Counsel for the Defendant via first class mail.

                                   _____
                                   Kenneth M. Levine