## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

THERESA M. OWENS,                      ]
                                       ]
        Plaintiff,                     ]
                                       ]
    v.                                 ]      Civil Action No.: 1:04-cv-11562-JLT
                                       ]      Next Event: Status Conference on
ELI LILLY AND COMPANY,                 ]             July 6, 2005 at 10:00 a.m.
                                       ]
        Defendant.                     ]

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

September 6, 2005:    Deadline for serving discovery requests.

October 5, 2005:    Deadline for plaintiff to designate experts and provide expert reports pursuant to Rule 26(a)(2).

November 4, 2005:    Deadline for defendant to designate experts and provide expert reports pursuant to Rule 26(a)(2).

January 3, 2006:    All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

February 2, 2006:    Deadline for filing Dispositive Motions.

March 2006:    Pre-Trial Conference.


DATED: _____          _____
                                        JOSEPH L. TAURO
                                        United States District Judge

Respectfully submitted,

KENNETH M. LEVINE & ASSOCIATES

FOLEY HOAG LLP

  /s/ Sheila Mone
SHEILA MONE, BBO#634615
370 Washington Street
Brookline, MA   02445
617-566-2700

  /s/ Brian L. Henninger
JAMES J. DILLON, BBO#124660
BRIAN L. HENNINGER, BBO#657926
155 Seaport Boulevard
Boston, MA   02210-2600
617-832-1000

and

Attorneys for Eli Lilly and Company

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Attorneys for Plaintiffs

June 16, 2005