IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA M. OWENS, | ] |
| Plaintiff, | ] |
| v. | ] Civil Action No.: 1:04-cv-11562-JLT |
| | ] Next Event: Status Conference on |
| ELI LILLY AND COMPANY, | ] July 6, 2005 at 10:00 a.m. |
| Defendant. | ] |

## LOCAL RULE 16.1(D) STATEMENT

PLEASE TAKE NOTICE THAT the undersigned party to this action, and her Counsel, hereby certify, pursuant to Local Rule 16.1 (D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

a.  they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b.  they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff
By their Attorneys,

_____          _____
THERESA M. OWENS                          SHEILA MONE, BBO#634615
                                          Kenneth M. Levine & Associates
                                          370 Washington Street
                                          Brookline, MA  02446
                                          617-566-2700