UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

THERESA M. OWENS

       Plaintiffs

v.                                                        CA. No. 1:04-cv-11562-JLT

ELI LIILY AND COMPANY

       Defendant

## NOTICE OF APPEARANCE

    NOW COMES Sheila Mone of the firm of Kenneth M. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and files his appearance as counsel for the Plaintiff in the above referenced matter.

    Respectfully submitted this 27th day of June, 2005

                                                        /s/ Kenneth M. Levine

                                                        _____

                                                        Kenneth M. Levine, BBO#296850
                                                        Kenneth M. Levine & Associates
                                                        370 Washington Street
                                                        Brookline, MA 02446
                                                         617-566-2700