UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THERESA M. OWENS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-11562-JLT |
| v. | * | |
| | * | |
| ELI LILLY AND COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

August 10, 2005

TAURO, J.

After the Scheduling Conference held on August 2, 2005, this court hereby orders that:

1. Plaintiff may depose (1) Louis Weinstein, M.D., (2) Richard E. Blackwell, Ph.D., M.D., (3) Karin E. Michels, M.D., (4) Kenneth Mundt, M.D., and (5) Philip G. Sullivan, M.D.;

2. Defendant may depose Dr. Merle Berger and Dr. Ann Goulart;

3. No additional discovery will be permitted without leave of this court;

4. All discovery shall be completed by January 3, 2006;

5. Dispositive motions shall be filed by February 2, 2006; and

6. A Further Conference is scheduled for March 7, 2006 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge