

**Kimberly Abaid/MAD/01/USCOURTS**
08/08/2005 02:06 PM

To  Christopher Coval/MAD/01/USCOURTS@USCOURTS
cc
bcc
Subject  Fw: Cutone v. Eli Lilly, et al.

----- Forwarded by Kimberly Abaid/MAD/01/USCOURTS on 08/08/2005 02:06 PM -----



"Steven Lewis"
<slewis@aaronlevinelaw.com>
08/08/2005 01:24 PM

To  <Kimberly_Abaid@mad.uscourts.gov>
cc
Subject  Re: Cutone v. Eli Lilly, et al.

Dear Ms. Abaid:

Plaintiffs' Proposed List of Deponents are:

Cutone:

1.   Louis Weinstein, M.D.;
2.   Richard E. Blackwell, Ph.D., M.D.;
3.   Karin E. Michels, M.D.; and
4.   Kenneth Mundt, M.D.

Plaintiff reserves the right to Supplenet or Amend this list as discovery progresses.

Maitre:

1.   Richard E. Blackwell, Ph.D., M.D.;
2.   Karin E. Michels, M.D.;
3.   John Owen, M.D.;
4.   David Masur, Ph.D., A.B.P.P.; and
5.   Earl MacPherson, R.Ph.

Plaintiff reserves the right to Supplenet or Amend this list as discovery progresses.

Owens:

1.   Louis Weinstein, M.D.;
2.   Richard E. Blackwell, Ph.D., M.D.;
3.   Karin E. Michels, M.D.;
4.   Kenneth Mundt, M.D.; and
5.   Philip G. Sullivan, M.D.

Plaintiff reserves the right to Supplenet or Amend this list as discovery progresses.

Please let me know if you require any additional information.

Thank you,

Steven Lewis