UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA M. OWENS,<br><br>         Plaintiff,<br><br>     v.<br><br>ELI LILLY AND COMPANY,<br><br>         Defendant. | CIVIL ACTION No. 04-11562 (JLT) |

### DEFENDANT ELI LILLY AND COMPANY'S
### LIST OF PROPOSED DEPONENTS

Defendant Eli Lilly and Company ("Lilly") may depose the following witnesses during the course of discovery in the above-captioned matter:

1.   Dr. Merle Berger (Plaintiff's expert and treater; and

2.   Dr. Ann Goulart (Plaintiff's treater).

Lilly reserves the right to supplement and/or amend this list as discovery progresses. Lilly has already deposed the following individuals:

1.   Theresa Owens (Plaintiff);

2.   Robert Owens (Plaintiff's husband);

3.   Patricia Kelley (Plaintiff's mother); and

4.   Paul Kelley (Plaintiff's father).

B3075770.1

Respectfully submitted,

ELI LILLY AND COMPANY

By Its Attorneys,

James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
617-832-1000

Dated: July 28, 2005

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing List of Proposed Deponents was served on July 28, 2005 by .pdf file via electronic mail, upon:

Aaron M. Levine, Esq.
Aaron M. Levine and Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

Brian L. Henninger