UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11562 (JLT)

| | |
|---|---|
| THERESA M. OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Juliet A. Davison on behalf of plaintiff, Theresa M. Owens, in the above-captioned action.

Respectfully submitted,

THERESA M. OWENS,

By her attorneys,

/s/ Juliet A. Davison
Juliet A. Davison, BBO #562289
Erica Tennyson, BBO #660707
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Date: December 19, 2005