UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THERESA M. OWENS

    Plaintiffs

v.                                      CA. No. 1:04-cv-11562-JLT

ELI LIILY AND COMPANY

    Defendant

### NOTICE OF WITHDRAWAL

COMES NOW Kenneth M. Levine of Kenneth M. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and WITHDRAWS his appearance as Counsel for the Plaintiff(s) in the above referenced matter.

    Respectfully submitted this 25th day of January, 2006

    /s/ Kenneth M. Levine
    _____
    Kenneth M. Levine, BBO#296850
    Kenneth M. Levine & Associates
    370 Washington Street
    Brookline, Massachusetts 02445
    (617) 566-2700

Dated : January 25, 2006