UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA M. OWENS,<br><br>   Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>   Defendant. | CIVIL ACTION No. 04-11562 (JLT) |

## DEFENDANT ELI LILLY AND COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Eli Lilly and Company ("Lilly") moves for Summary Judgment on all claims asserted against it by Plaintiff Theresa Owens ("Plaintiff") because her claims are time-barred. In support of its motion, Lilly adopts and incorporates herein its accompanying Memorandum of Points and Authorities (including its Statement of Undisputed Facts) and the Affidavit of Ashley A. Weaver.

WHEREFORE, Lilly respectfully requests that judgment be entered in its favor on all counts.

## LOCAL RULE 7.1(A)(2) CONFERRAL CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I certify that counsel for Lilly contacted Plaintiff's counsel on February 1, 2006 to attempt in good faith to resolve or narrow the issues addressed in this Motion. The parties were unable to resolve or narrow said issues.

                    /s/ James J. Dillon

                    James J. Dillon

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Lilly requests a hearing on its Motion for Summary Judgment.

Respectfully submitted,

ELI LILLY AND COMPANY

/s/ James J. Dillon_____

James J. Dillon, BBO # 124660
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: February 2, 2006