# Exhibit 3



**Boston Fertility & Gynecology Associates**
**Boston IVF**

One Brookline Place
Brookline, MA 02146
(617) 735-9000
FAX: (617) 566-3024

*Reproductive Endocrinology*
Michael M. Alper, M.D.
Merle J. Berger, M.D.
Susan M. Lobel, M.D.
Joseph Mortola, M.D.
Selwyn P. Oskowitz, M.D.
Irwin E. Thompson, M.D.

*Andrology/Endocrinology*
Spyros N. Pavlou, M.D.

Affiliated with:

 Harvard Medical School

 Beth Israel Hospital

*Andrology/Urology*
Robert Oates, M.D.

*Psychological Services*
Jeane Springer, L.I.C.S.W.

*Embryology/Cryobiology*
R. Douglas Powers, Ph.D., Director
C. Brent Barrett, Ph.D.

Doria Harris, Ph.D.
Mary Ellen Schalkoff, Ph.D.

**Boston Fertility Laboratories, Inc.**

June 21, 1993

Mr. and Mrs. Robert Owens
147 Beechnut Road
Westwood, MA  02090



Dear Mr. and Mrs. Owens:

As we discussed following your laparoscopy, I did not find any pathology except a tiny uterus measuring only 5 cm in length where the normal is 7 - 7.5 cm.

Thus, the infertility work up on both of you is complete and no cause has been identified other than this problem.  We have no choice but to treat this as we would treat unexplained infertility with assisted reproduction but the results are not nearly as good so you will have to make some difficult decisions in the future about whether to proceed or not and how far to go if you decide to proceed.

Please let me know your thoughts when they are crystallized or come in to discuss it further.

Sincerely,


Merle J. Berger, M.D.

MJB:emf

cc:  Anne Goulart, M.D.

PL2115