# Exhibit 4

```
00001
 1                Volume 1
 2               Pages 1-51
 3        UNITED STATES DISTRICT COURT
 4        FOR THE DISTRICT OF COLUMBIA
 5              Civil Division
 6      Civil Action Number 03-CV-01798 (EGS)
 7
 8  THERESA M. OWENS,
 9     Plaintiff,
10
11       vs.
12
13  ELI LILLY AND COMPANY,
14     Defendant.
15
16         *********************
17
18        DEPOSITION of MERLE BERGER, M.D.
19              Boston IVF
20           One Brookline Place
21          Brookline, Massachusetts
22         Wednesday, November 9, 2005
23              10:35 a.m.
24
```

00034
1  uterus?

2  A.  Yes.

3  Q.  Doctor, your letter to Mr. Levine
4  summarizes your opinion, the one in June 2003, and
5  you said "It was and is my impression that DES
6  exposure in utero was the sole cause of this
7  couple's primary infertility."  Now, Doctor, back in
8  1993 was it your view then that DES was the cause of
9  this couple's infertility?

10  A.  Yes.

11  Q.  Is that something, Doctor, that you told
12  this couple -- that DES was --

13          MR. LEVINE:  I object.  He did not say
14  that and it is missing from both the letter of
15  June 21st and June --

16          MR. DILLON:  You may object, but I'm
17  asking the Doctor a question at deposition.

18          MR. LEVINE:  You are asking questions
19  based on an assumption of false facts because the
20  word "DES" is specifically and conspicuously absent
21  from those two letters.

22          MR. DILLON:  I can read the letters, I
23  think, as well as you can, Mr. Levine, so I think if
24  you would just make an objection by saying the word

**Merle Berger, M.D. (9/9/05)**                                     **Page 34**

00035

1  "objection," you can then ask any questions of

2  Dr. Berger you like after we're done.

3      Q.  Doctor, going back having Mr. Levine now

4  expound on his views of the facts, going back it was

5  your view back in 1993 that DES was the cause of

6  this couple's infertility; is that correct?

7      A.  Yes.

8      Q.  Is that for the same reasons that you've

9  described now about the uterine malformation and

10  potential unknown mechanisms in the uterus as well?

11     A.  Yes.

12     Q.  Doctor, did you, in fact tell

13  Mr. and Mrs. Owens when you saw them that your view

14  was that their problem had its root in DES?

15     A.  That I can't recall -- exactly the words I

16  used and what I told them, no.

17     Q.  Certainly, if they had asked you in 1993

18  what you thought was the root of their infertility

19  cause, you would have told them your view that it

20  was DES; isn't that right?

21     A.  Yes.

22     Q.  Doctor, obviously you have a lot of

23  experience with patients with infertility.  Is it

24  your practice to be candid with your patients about

```
00046
  1  your concerns or your views about the capacity of
  2  Mrs. Owens' uterus to carry a pregnancy; is that
  3  correct?
  4     A.  Yes.
  5     Q.  And that, in your view, was due to in utero
  6  exposure to DES; is that right?
  7     A.  Yes.
  8     Q.  So if, in fact, the Owenses had asked any
  9  questions about why a surrogate or a gestational
 10  carrier was necessary, would you have told them that
 11  it was due to the fact that she had a DES uterus?
 12     A.  I might have, yes.
 13     Q.  If they had asked why Mrs. Owens had a
 14  small and unusual uterus, I take it you would have
 15  shared your view that it was due to in utero
 16  exposure to DES?
 17     A.  Absolutely.
 18     Q.  Doctor, I don't have any further
 19  questions.
 20            CROSS-EXAMINATION
 21  BY MR. LEVINE:
 22     Q.  This is Mr. Levine, and I have a couple of
 23  questions for you.  Based on your comprehensive
 24  review of this woman's history, her tests, her
```