# Exhibit 5



**Boston Fertility & Gynecology Associates**
**Boston IVF**

One Brookline Place
Brookline, MA 02146
(617) 735-9000
FAX: (617) 566-3024

*Reproductive Endocrinology*
  Michael M. Alper, M.D.
  Merle J. Berger, M.D.
  Selwyn P. Oskowitz, M.D.
  Irwin E. Thompson, M.D.
  Joseph Mortola, M.D.

*Andrology/Endocrinology*
  Spyros N. Pavlou, M.D.

...lty Affiliated with:

 Harvard Medical School

 Beth Israel Hospital

*Andrology/Urology*
  Robert Oates, M.D.

*Psychological Services*
  Jeane Springer, L.I.C.S.W.

*Embryology/Cryobiology*
  R. Douglas Powers, Ph.D., Director
  C. Brent Barrett, Ph.D.

  Doria Harris, Ph.D.
  Mary Ellen Schalkoff, Ph.D.

**Boston Fertility Laboratories, Inc.**

February 8, 1993


Anne Goulart, M.D.
100 Highland Street
Milton, MA  02186

RE:   Theresa and Robert Owens



Dear Anne:

I saw the above patient about a month ago for their problem of primary infertility.  Theresa is DES exposed as you know and, indeed, she has a small T-shaped uterus by UTG which is a text book example of a hypoplastic DES exposed uterus.  Sperm function appears normal so I strongly suspect that this infertility is DES related.

My experience with DES patients is not particularly good in that assisted reproductive technologies are not as effective on these people as they are in other patients with female factors.  This may be due to the large miscarriage and ectopic rate or may be just due to unknown factors.

Nevertheless, we must proceed in the same way since there is no other way to go in that the primary defect (uterine hypoplasia) cannot be corrected.  In that regard I am going to meet with them to discuss diagnostic laparoscopy or assisted reproductive technology and I will, as always, keep you posted.


Sincerely,



Merle J. Berger, M.D.

MJB:emf

PL2112