# Exhibit 13

Westlaw.                                                                    NewsRoom

6/11/95 BOSTONG 86                                                          Page 1

6/11/95 Boston Globe 86
1995 WLNR 2114550

Boston Globe (MA)
Copyright Globe Newspaper Company 1995

**June 11, 1995**

Section: EDITORIAL PAGE

ASK YOUR MOTHER

If you were born between 1938 and 1971, there's a chance you were exposed to **diethylstilbestrol**, or DES, a popular hormone prescribed to prevent miscarriage in pregnant women during those baby boom years. Tragically, the drug created chronic health problems for some of these women and the daughters born to them, including an increased risk of ectopic pregnancies, premature labor, a rare vaginal cancer and possible infertility. Another tragic irony is that DES daughters might themselves face a higher risk of miscarriage. Women who took the drug during pregnancy have a slightly increased risk of breast cancer.

Under more than 200 different brand names, the drug was given in pills, injections, vitamins and suppositories to an estimated 4.8 mllion women; it is believed that half of those who were exposed to DES in the womb still don't know about it.

Awareness of the risks associated with DES peaked in the 1970s after the Food and Drug Administration banned its use in pregnant women, but a whole new generation of offspring who might have been affected are now reaching childbearing age. The National Cancer Institute is launching a campaign to alert women especially to the possibility of exposure and their special health care needs. Massachusetts is one of four states targeted for the education campaign because the drug was heavily prescribed here. A hot line has been established through which DES children can obtain a booklet and more information: 1-800-DES-NEWS.

The Cancer Institute recommends that DES daughters tell their doctors and ask about a special pelvic exam that could detect the rare vaginal cancer, called clear cell adenocarcinoma. The survival rate is high if the cancer is detected early. Certainly pregnant women whose mothers took DES should alert their doctor to the increased risk of abnormal pregnancies. Men whose mothers took DES might also be at slight risk of infertility, though the research is sketchy.

But none of these precautions can be taken without first learning if you were exposed to the drug. Ask your mother. Tell your children. Anger, guilt and denial have no place when lives are at stake.

LOTH  ;06/08        NKELLY;06/12,09:45     EDES11

---- INDEX REFERENCES ----

COMPANY: NATIONAL CANCER INSTITUTE

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

NEWS SUBJECT:   (Health & Family (1HE30))

INDUSTRY:   (Gynecology, Fertility & Obstetrics (1GY90); Women's Health (1WO30); Healthcare (1HE06); Healthcare Practice Specialties (1HE49))

Language:   EN

OTHER INDEXING:   (CANCER INSTITUTE; DES; FOOD AND DRUG ADMINISTRATION; NATIONAL CANCER INSTITUTE)   (Anger; Massachusetts; Men)   (EDITORIAL; WOMEN; CANCER; DRUG)

EDITION: THIRD

Word Count: 438
6/11/95 BOSTONG 86


END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.