# Exhibit 17

**Westlaw.**

QUERY - DIETHYLSTILBESTROL & DA(AFT 07/01/1993) & DA(BEF 08/01/2000)   DATABASE(S) - MANEWS

1. What price pregnancy?
   **Ms** Author: Pappert, Ann;   Word Count: 5448
   6/1/00 MSMAGAZINE 42 2000 WLNR 7431983 ...

   ...stunned halt when he warned, "Reproductive medicine has a short memory. I have only one word for you-'D.E.S.'" D.E.S. (**diethylstilbestrol**) was a drug widely used for decades to prevent miscarriages. It was shown in 1971 to cause a rare type ...

2. 25th anniversary: Berkeley event a success!
   **Network News** Author: Anonymous;   Word Count: 303
   5/1/00 NETWKNWS 5 2000 WLNR 7431502 ...

   ...are taking place; and lessons learned about drug promotion from the experience of women exposed to the unsafe drug DFS (**diethylstilbestrol**). Future 25th Anniversary events are planned for Washington, D.C., on June 19 and Boston in November. If you live in ...

3. QUILT, DREAMS WEAVE A NEW STORY
   **Boston Globe (MA)** Author: Julie Kimball;   Word Count: 589
   2/8/99 BOSTONG D7 1999 WLNR 2419381 ...

   ...children arrived. It seemed I was a DES daughter -- one of several million women whose mothers were given the drug **diethylstilbestrol** when pregnant during the 1940s and 1950s. Not all, but many of these daughters have had infertility problems, and I ...

4. Exposure to power frequency magnetic fields and risk of breast cancer in the Upper Cape Cod Cancer Incidence Study.
   **Archives of Environmental Health**   Word Count: 9245
   9/1/98 ARCHENVH 359 1998 WLNR 1908539 ...

   ...breast cancer. Additional variables (i.e., race, education, religion, marital status, ever worked, birthplace, history of oral contraceptive use, history of **diethylstilbestrol** (DES) use, history of medical treatment with ionizing radiation, history of menopausal hormone use, body mass index, and history of ...

   ...cigarette smoker          150   58.1   395   53.7 Ever regular alcohol drinker 207   81.2   564   78.4 Note: DES = **diethylstilbestrol**. (*) At diagnosis or index year. ((dagger)) Mother or sister. The distribution of several variables associated with breast cancer risk were ...

5. A NET GAIN FOR MOTHERHOOD HOPEFUL PARENTS USING WEB TO LOCATE A SURROGATE MOM
   **Boston Globe (MA)** Author: Nathan Cobb, Globe Staff;   Word Count: 1919
   6/1/98 BOSTONG A1 1998 WLNR 2401380 ...

   ...and then cut off communication, says Elie Mohajerani, who is unable to carry a child because she was exposed to **diethylstilbestrol** as a baby. ( The hormone was prescribed to many baby boom mothers to prevent miscarriages, but created several health problems ...

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6.  Panelists Support AZT Use
    **Newsday (USA)** Author: Laurie Garrett. STAFF CORRESPONDENT;   Word Count: 786
    1/15/97 NWSDAY A23 1997 WLNR 567342 ...

    ...America by pregnant women - DES - didn't produce tumors in their offspring until the children were in their 20s and 30s. **Diethylstilbestrol**, or DES, was widely used in the United States during the 1950s to prevent miscarriages. The drug was banned more ...

7.  Op Ed Still learning from DES flaws
    **Boston Herald (MA)** Author: BEVERLY BECKHAM;   Word Count: 754
    1/17/96 BOSTONH 21 1996 WLNR 252516 ...

    ...she got pregnant again. In order to have another healthy baby, she was advised by her doctors to take DES (**diethylstilbestrol**). Over nine months, she took some 725 pills. Then Andrea was born, blonde, blue-eyed and perfect. In 1971, when ...

8.  HEALTH WATCH Study: Certified Doctor a Plus
    **Newsday (USA)** Author: The Washington Post;   Word Count: 767
    8/28/95 NWSDAY B16 1995 WLNR 507262 ...

    ...between 1938 and 1971, or if you were pregnant during that time, you may have been exposed to the drug **diethylstilbestrol**, or DES. DES is a synthetic hormone that was widely prescribed to pregnant women to prevent miscarriage. Mothers and children ...

9.  SHEEHY SOUNDS THE BABY ALARM 'PASSAGES' AUTHOR DECRIES 'FANTASY OF FERTILITY FOREVER'
    **Boston Globe (MA)** Author: Maureen Dezell, Contributing Reporter;   Word Count: 2235
    6/21/95 BOSTONG 53 1995 WLNR 2138260 ...

    ...a definitive cause of breast cancer. Clomophine citrate, or Clomid, a commonly prescribed infertility drug, is structurally similar to DES (**diethylstilbestrol**), the "wonder drug" dispensed like vitamins to millions of women in the 1950s that studies show have caused gynecological problems ...

10. ASK YOUR MOTHER
    **Boston Globe (MA)** Author: N/A;   Word Count: 438
    6/11/95 BOSTONG 86 1995 WLNR 2114550 ...

    ...MOTHER If you were born between 1938 and 1971, there's a chance you were exposed to **diethylstilbestrol**, or DES, a popular hormone prescribed to prevent miscarriage in pregnant women during those baby boom years. Tragically, the drug ...

11. BILL TO CURB LIABILITY IS DEBATED IN HOUSE FIRMS BACK EFFORT; WHITE HOUSE RESISTS
    **Boston Globe (MA)** Author: Associated Press;   Word Count: 423
    3/7/95 BOSTONG 10 1995 WLNR 2129383 ...

    ...coffee lady," and Rep. Patsy Mink, Democrat of Hawaii, who was an unwitting subject of an experiment with the drug **diethylstilbestrol** when she was pregnant in 1951. At a White House

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

increasingly willing to criticize Republican proposals, Attorney General Janet Reno ...

12.  Estrogen receptor-associated proteins: possible mediators of hormone-induced transcription.
**Science**    Word Count: 3148
6/3/94 SCIENCE 1455 1994 WLNR 2874058 ...

...affect the formation of the ER-ERAP160 complex. Both 170-estradiol, the natural ligand of ER, and the synthetic estrogen **diethylstilbestrol** (DES) were able to promote this association (Fig. IB). In contrast, the pure antiestrogens ICI 164,384 and ICI 182,780 were ...

13.  Chorionic villus sampling: the DES of the 1990s? (diethylstilbestrol)
**Mothering**    Word Count: 4793
3/22/94 MOTHERING 72 1994 WLNR 1604325 ...

...Chorionic villus sampling: the DES of the 1990s? (**diethylstilbestrol**) Blatt, Robin J.R.   One dark winter afternoon in the mid-1980s, I sat in the back ...

...testing, the promises, profits, and politics are only going to get more complex. Notes (1.) DES iS the acronym for **diethylstilbestrol**, a synthetic compound first given to pregnant women in the 1930s to help prevent miscarriage. DES was later found to ...

14.  Lactation And A Reduced Risk Of Premenopausal Breast Cancer
**New England Journal of Medicine**    Word Count: 4399
1/13/94 NEWENGJMED 81 1994 WLNR 46862 ...

...in risk among postmenopausal women only, though with no gradient of effect. Specific hormones were not identified. The use of **diethylstilbestrol** during pregnancy has been associated with a modest increase in the risk of breast cancer among older women (Ref. 22 ...

...Cancer Inst 1984;73:831-4.   25. Greenberg ER, Barnes AB, Resseguie L, et al. Breast cancer in mothers given **diethylstilbestrol** in pregnancy. N Engl J Med 1984;311:1393-8.   26. Paganini-Hill A, Ross RK. Reliability of recall of ...

15.  11 GET $42.3M IN DES LAWSUIT
**Boston Globe (MA)** Author: AP;    Word Count: 202
1/9/94 BOSTONG 11 1994 WLNR 2043812 ...

...others $10 million each. Damages for women with reproductive problems other than cancer ranged up to $2 million. DES, or **diethylstilbestrol**, is a synthetic hormone manufactured by an estimated 300 drug companies and prescribed to 5 million pregnant women between 1947 ...

16.  DATA
**New Jersey Record (NJ)** Author: The Record;    Word Count: 554
12/27/93 RECNNJ b01 1993 WLNR 1599794 ...

...chronic diseases, losing even a few excess pounds is a smart thing to do. DES AND MEN Prenatal exposure to **diethylstilbestrol** (DES), a known risk factor in vaginal and cervical cancer, has now been linked to depressive disorders in men. Boston ...

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - DIETHYLSTILBESTROL &   DATABASE(S) - MANEWS
DA(AFT 07/01/1993) & DA(BEF 08/01/2000)

17. THE DOCTOR'S WORLD; Fatal Drug Trial Raises Questions About 'Informed Consent'
**New York Times (NY)** Author: LAWRENCE K. ALTMAN, M.D.;   Word Count: 2314
10/5/93 NYT C3 1993 WLNR 3353913 ...

...DES DATE: 1971-1980 PROBLEM: Cancer and other reproductive tract abnormalities occurred in thousands of women who were exposed to **diethylstilbestrol** in the womb when their mothers took it in an attempt to prevent miscarriage. DRUG: Oraflex DATE: 1982 PROBLEM: Drug ...

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.