# Exhibit 18

Case 1:04-cv-11562-JLT   Document 30-20   Filed 02/02/2006   Page 2 of 2

1/9/94 Boston Globe 11
1994 WLNR 2043812

Boston Globe (MA)
Copyright © 2003 Globe Newspaper Company.  All rights reserved.

**January 9, 1994**

Section: NATIONAL/FOREIGN

11 GET $42.3M IN DES LAWSUIT

AP

NEW YORK A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial saying the drug caused reproductive problems not related to cancer. "It's a great victory for the women's health movement," said Sybil Shainwald, the lawyer who filed the lawsuits against three small drug companies. The state jury Friday gave one cancer sufferer $12 million and two others $10 million each. Damages for women with reproductive problems other than cancer ranged up to $2 million. DES, or **diethylstilbestrol**, is a synthetic hormone manufactured by an estimated 300 drug companies and prescribed to 5 million pregnant women between 1947 and 1971 in an effort to reduce miscarriages. After doctors reported a link between mothers who took DES and rare clear-cell cervical and vaginal cancers in their daughters, the Food and Drug Administration barred pregnant women from using the drug in 1971.

AA0401;01/07        NIGRO ;01/11,10:27    NATBRF09

US / WORLD NEWS BRIEFS

---- INDEX REFERENCES ----

NEWS SUBJECT:   (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Health & Family (1HE30))

INDUSTRY:   (Gynecology, Fertility & Obstetrics (1GY90); Women's Health (1WO30); Healthcare (1HE06); Healthcare Practice Specialties (1HE49))

Language:  EN

OTHER INDEXING:   (DES; FOOD AND DRUG ADMINISTRATION)   (Sybil Shainwald)

EDITION: THIRD

Word Count: 202
1/9/94 BOSTONG 11

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.