# Exhibit 19

Westlaw.  factiva

1/9/94 BOSTONH 008                                                          Page 1
1/9/94 Boston Herald 008
1994 WL 5371665

Boston Herald
Copyright 1994

Sunday, January 9, 1994

NEWS

NEWS IN BRIEF

Two die in fatal crash blamed on slick roads

A Lynn couple was killed yesterday after
they lost control of their car on Route 495 in Andover after
sliding on the icy roadway, State Police said. The man,
who was driving, was transported to Tewksbury State Hospital, and
the woman was transported to Lawrence General Hospital. Both were
pronounced dead on arrival, police said. They died of multiple head
trauma. The couple's names were not released last night
pending notification of their family members. The accident
occurred at about 1:40 p.m. as the vehicle was coming off Route 93
south and onto Route 495 north. The vehicle, a 1991 Ford Escort,
slid on the ice, went into a spin and crossed over into another
lane where it was struck by another vehicle, police said.
The Escort front-ended the second vehicle, a tractor-trailer, and
pushed it into the median's guardrail, where it came to rest in the
high speed lane, police said. The driver of the tractor-trailer
not injured.


Pols: 1 nuke check not enough
TOKYO - Two powerful U.S. senators said yesterday that Washington
will not accept a one-time inspection of North Korea's declared
nuclear facilities but will demand access to suspect sites and even
waste and disposal areas. Sens. Sam Nunn (D-Ga.) and
Richard Lugar (R-Ind.), both experts on the North Korean situation,
cautioned against expectations of a breakthrough in a tense dispute
over nuclear inspection. U.S. officials said last week
that the North had agreed to allow inspections of seven declared
nuclear sites, and that the United States would seek in future
talks to obtain access to undeclared sites for experts of the
U.N.'s nuclear watchdog, the International Atomic Energy Agency.


Independent counsel law eyed


Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

1/9/94 BOSTONH 008                                                         Page 2
1/9/94 Boston Herald 008
1994 WL 5371665

WASHINGTON -
Congress is expected to swiftly approve renewal of independent
counsel investigations, reviving a law that could be used to probe
President Clinton's Whitewater real estate venture, a Bay State
congressman says. ''It should be one of the first things
up'' after the House returns to session Jan. 25, said Rep. Barney
Frank (D-Mass.), a key sponsor of the independent counsel law.
 He said the House bill ''should be able to pass pretty easily''
and quickly be reconciled with the Senate version approved 76-21
last in November.


Four feared dead in avalanche
LA SALLE-EN-BEAUMONT, France - Four people were feared dead after
an avalanche of mud tore through a French Alpine village early
yesterday, crushing eight houses and wrecking a church, rescue
workers said. The wave of mud between 30 and 60 feet high
devastated the small village of La Salle-en-Beaumont during the
night after an irrigation canal above the hamlet overflowed.


Man shot 4 times in Dorchester


   An unidentified man
was in serious condition last night following a shooting in
Dorchester, police said. Boston Police spokesman Jerry
Vanderwood said the victim was shot four times in the stomach in
near 91 Stoughton St. Police and emergency-medical personnel
responded and the victim was transported to Boston City Hospital.
 Boston Police were on the scene interviewing witnesses and
neighbors, Vanderwood said, but there were no suspects yet.


   D.C. dumps bond adviser


   The District of Columbia has
dumped Lazard Freres as its bond advisor adviser in the wake of a
burgeoning probe by federal prosecutors in Boston over possible
conflict-of-interest charges on bond deals. Washington,
D.C., Mayor Sharon Pratt Kelly said Friday the city was is dropping
Lazard Freres as its investment advisor adviser ''effective
immediately.'' The move came after her administration received a
subpoena from the Securities and Exchange Commission, a federal
agency which oversees stock and bond firms. The FBI last
month requested information about municipal bond offerings over the
last past three years, O'Connor added. The U.S. attorney's
office in Boston has already sent subpoenas to Los Angeles,
Indianapolis, Oklahoma and scores of other state and municipal
clients of the two securities firms.

                Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

1/9/94 BOSTONH 008                                              Page 3
1/9/94 Boston Herald 008
1994 WL 5371665

Stowaways found in in cargo ship

   Three stowaways were discovered yesterday
hiding in a 20-foot cargo container aboard a Panamanian ship which
docked at the Moran Container Terminal in Charlestown. The
Bulgarian men were discovered about 4:15 p.m. when they began
banging on the side of the container for help, said Jim Harris, a
supervisor for the Massachusetts Port Authority. Harris
said it appeared the stowaways had slipped onto the ship in
Felixstowe, England, and had been inside of the container for ''20
days at a minimum.'' They seemed in good health and had
apparently brought food with them for the duration of the trip.
Harris said authorities from the U.S. Immigration and
Naturalization Service had been called to the terminal to
investigate.

Four injured in nightclub brawl

   Three men were arrested early yesterday following a bloody brawl
at a Dorchester nightclub that left at least four people injured by a
24-inch billy club and broken bottles, police said. The
fray broke out at Capprina's Lounge at 1210 Blue Hill Ave. at about
2:45 a.m., said Boston Police spokesman Jerry Vanderwood. The fight
apparently started when a male patron tried to put his arm around a
waitress, whose face and hand were immediately slashed by another
woman. Also injured were two male patrons, who were beaten
with the club, and a fourth woman who suffered abrasions to the
face and a cut hand, Vanderwood said. Arrested at the
scene were the manager, Alfred Johnson, who had refused to call for
an ambulance or police, and two employees, police said.
All three were charged with assault and battery with a dangerous,
police said.

DES women awarded $42.3M

   A jury
in New York has awarded $42.3 million to 11 women who suffered
cancer and reproductive problems resulting from their mothers'
taking DES during pregnancy. ''It's a great victory for
the women's health movement,'' said Sybil Shainwald, the lawyer who
filed the lawsuits against three small drug companies.
DES, or diethylstilbestrol, is a synthetic hormone manufactured by
an estimated 300 drug companies and prescribed to 5 million
pregnant women between 1947 and 1971 in an effort to reduce
miscarriages. After doctors reported a link between
mothers who took DES and rare clear-cell cervical and vaginal

            Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

1/9/94 BOSTONH 008                                                    Page 4
1/9/94 Boston Herald 008
1994 WL 5371665

cancers in their daughters, the Food and Drug Administration barred
pregnant women from using the drug in 1971. Some 50 acres
of sodden clay were swept down in a landslide 650 yards long and
330 yards wide.


TV's 'Morty' the moose dies
 PULLMAN, Wash. - Morty, the moose that ambles through the opening
credits of ''Northern Exposure," died of an illness linked to a
mineral deficiency. The 1,000-pound moose, brought from
Alaska as an orphan yearling five years ago, was a subject of
behavior and nutrition studies at Washington State University.


   Compiled from Herald staff and wire reports


                        ---- INDEX REFERENCES ----


EDITION:          01


Word Count: 1112

1/9/94 BOSTONH 008

END OF DOCUMENT


Copr. © West 2004 No Claim to Orig. U.S. Govt. Works