UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA M. OWENS,<br><br>    Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION No. 04-11562 (JLT) |

### **[PROPOSED] ORDER**

After consideration of the arguments of counsel for Defendant Eli Lilly and Company ("Lilly") and Plaintiff Theresa Owens, and after consideration of all memoranda and exhibits that have been filed with the Court, the Court rules that Lilly's Motion For Summary Judgment is GRANTED.

Date: _____          _____

                             Judge Joseph L. Tauro
                             United States District Court Judge

With service on:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
**Attorneys for Plaintiff**

James J. Dillon, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
**Attorneys for Defendant**