THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA M. OWENS, | ] |
| Plaintiff, | ] |
| v. | ] Civil Action No.: 1:04-cv-11562-JLT |
| | ] Next Event: Status Conference on |
| ELI LILLY AND COMPANY, | ]           March 7, 2006 at 10:00 a.m. |
| Defendant. | ] |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Consent Motion to Extend Time to File Plaintiff's Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment and to Continue Status Conference, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that Plaintiff shall file her Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment on or before April 17, 2006;

AND IT IS FURTHER ORDERED that the Status Conference in this matter is continued from March 7, 2006 to _____, 2006.

_____
JOSEPH L. TAURO
United States District Judge