UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA M. OWENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION No. 04-11562 (JLT) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Theresa M. Owens and Defendant Eli Lilly and Company ("Lilly"), acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice in its entirety.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

| THERESA M. OWENS,<br>By her attorneys, | ELI LILLY AND COMPANY,<br>By its attorneys, |
|---|---|
| /s/ Juliet A. Davidson (by permission)<br>Juliet A. Davidson (BBO # 562289)<br>Erica Tennyson (BBO # 660707)<br>Todd & Weld LLP<br>28 State Street, 31st Floor<br>Boston, MA  02109<br>617-720-2626 | /s/ Brian L. Henninger<br>James J. Dillon (BBO # 124660)<br>Brian L. Henninger (BBO # 657926)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>617-832-1000 |

Dated: February 9, 2006

B3159205.1